United States District Court
Southern District of Illinois

James William Bowln Jr

        Plantiff,

Vs.

Fayette County Jail & Medical Staff

        Defendant

Civil Action
Case NO - 17-712 JPG

**FILED**

AUG 2 1 2017

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

Motion / Supplemental Affidavit / to Judge Gilbert

1.) Attorney General, Inspector General, State Police, Human Health dept., ACLU, Illinois CURE, John Howard Assistance Foundation, Land of Lincoln legal assistance, At least 10 Attorneys,

2.) I want you to Know I have wrote letters to all the names above & more. I have went through the proper Grievance process. I am truely exausted, & disapointed that no one above would even look into my Medical situation. I am asking you as a human being not an Inmate to please let me show you in a court of law that Dr. Fatoki the Contracted Dr here at Fayette Con Jail is dangerous and has clearly Violated my rights. I have 100% Facts, to prove this allegation. My family, My family Dr. & Myself want a fair explination of how & why Dr. Fatoki doesnt have to obey laws & policys

James W. Bowlin
Fayette County Jail
221 S. 7th St
Vandalia IL 62471

MAIL REVIEWED
US MARSHALS
ORIGINAL

Legal Mail

CHAMPAIGN IL 619

18 AUG 2017 PM 4 L

US forever
MAKO SHARK

This Correspondence Is
From An Inmate Of The
Fayette County Jail
Vandalia, IL

Clerk of Court
Office of the Clerk
750 Missouri Ave
East St. Louis, Illinois 62201



RECEIVED

AUG 2 1 2017

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE