James W. Bowlin Jr.

## United States District Court
### for the
### Southern District of Illinois

James W. Bowlin Jr.,
Plaintiff

)
)
)
) Case no: 17-712-JPG
)
VS.
)
) Aug 28th 2017
)
Fayette Co Jail & Medical )
Staff. (MD) Fatokis, )
Defendants

# MOTION
# TO SUPPORT EVIDENCE

1.) FACTS. Medical staff at Fayette County Jail State Prison Contract Doctors refused to give me perscribed Cronic Care Medicine from My Current MD. THOMAS HEISCHMIDT Without any Consultation or concent or even an exam. I was forced to go Cold turkey no detox. 3 months later I was given a new Medication called AMLODIPINE for my Highblood pressure. Since County Jail Contract (MD) Fatoki has refused my Medications. I've had several health problems. Including a trip to the emergency room, After taking Amlodipine 10 mg perscribed by Dr. Fatoki. After going to emergency room for extremely swollen ankles & Legs. The E.R. Dr. had blood work done

CASE NO: 17-712-JPG

James W. Bowlin Jr.

United States District Court
for the
Southern District of Illinois

Cont) The E.R. Doctor on duty told me the
Medication the Jail Dr. Futoki has persciribed
without the proper blood thinner is causing
an alergic reaction & causing water to form in
my ankles & legs. He took me off the
Amlodipine, & told me to refuse it if told
to take it again.

2) Policy states I was suppost to of been
able to take the medicines on the list
my family MD persciribed. I just dont
understand how the Jail Dr can cut me
cold turkey from Medications for Cronic
care. When the Jail (MD) has never even gave
me an exam or any blood (work)

3) If you will set a Hearing date
I will prove to you by fact the
Contract MD for Fayette County Jail
has neglected to go by policy & standards
and in result has caused me to have
health problems. & It seems to me it
was completely unnecassarry,



*page
1 of 2*

# *Family Care Associates of Effingham, S.C.*

*1106 N. Merchant St., P.O. Box 665*
*Effingham, Illinois 62401*
*217-342-7000*
*www.familycareassociates.com*

**Thomas Heischmidt, MD**
**NPI 1396720983**
**8/17/2017**

NAME: James Bowlin
DOB: 06/20/1977
ADDRESS: 7 Lincoln Drive ALTAMONT IL 62411
DATE: 8/17/17

My patient is currently on medications to control symptoms for various issues. It is medically necessary for him to be on all of these medications and I am closely monitoring them. He is currently on Propranolol and Revatio for hypertension. Stopping these medications would result in elevated blood pressure. He is on Protonix for GERD. Stopping this medication would result in a return of his symptoms. He is on Wellbutrin, Clonazepam, and Dexilant for anxiety. Stopping these medications would result in an exacerbation of his anxiety symptoms. He is on Neurontin, Ultram, and Naproxen for arthritis. Stopping these medications would result in an increase in pain and an exacerbation of arthritis. If you have any further questions regarding his medications, please contact my office.

PHYSICIAN SIGNATURE: _____
Thomas Heischmidt, MD

---

*Colleen Bingham, M.D.*    *Michael G. Brummer, M.D.*    *Jeffrey K. Brummer, D.O.*
*Jeffrey G. Crowell, M.D.*    *Thomas Heischmidt, M.D.*    *Amanda Bierman, M.D.*

2 of 2

( Family Care Associates )
my Doctor

**Bowlin, James William**
7 Lincoln Drive , ALTAMONT, IL, US 62411

**DOB:** 06/20/1977   **Age:** 40 Y   **Sex:** male
**Home:** 217-690-9632
**Work:**
**Cell:**
**Email:**

**Primary Insurance:**   Healthlink (Terminated)
**PCP:**  Thomas Heischmidt, MD
**Account Number:**   56017
**Race:** White
**Ethnicity:** Not Hispanic or Latino
**Preferred Language:** English

**Care Team:**

**Allergies :**  N.K.D.A

## Medications

| Name strength formulation, Sig: take route frequency |
|---|
| Refill clonazepam 0.5 mg tablet, Sig: 1 tab(s) orally 3 times a day PRN anxiety Start Date: 06/21/2017 |
| Refill propranolol 10 mg tablet, Sig: 1 tab(s) orally 2 times a day Start Date: 05/19/2017 |
| Refill pantoprazole 40 mg granule, enteric coated, Sig: 1 ea orally once a day Start Date: 05/19/2017 |
| Refill BuPROPion Hydrochloride SR 200 mg/12 hours tablet, extended release, Sig: 1 tab(s) orally 2 times a day Start Date: 05/19/2017 |
| Refill Dexilant(dexlansoprazole) 60 mg delayed release capsule, Sig: 1 cap(s) orally once a day Start Date: 05/19/2017 |
| Refill Revatio(sildenafil) 20 mg tablet, Sig: 4 TABLETS BY MOUTH EVERY 24 HOURS AS NEEDED Start Date: 05/19/2017 |
| Refill Neurontin(gabapentin) 800 MG tablet, Sig: TAKE ONE TABLET BY MOUTH THREE TIMES DAILY Start Date: 05/19/2017 |
| Continue Ultram(traMADol) 50 mg tablet, Sig: 1 tab(s) orally every 4 hours PRN Start Date: 01/16/2017 |
| Continue naproxen 500 mg tablet, Sig: 1 tab(s) orally 2 times a day Start Date: 11/13/2015 |

As of 8:27:17 I am still not recieving my Prescribed Medications

DIAMOND PHARMACY SERVICES - Report DBCips Patient Drug Education

07/27/2017

Page 1

2:53:02 PM

**BOWLIN, JAMES**

**ILFA -**

*Jail meds*

**AMLODIPINE BESYLATE 5MG TAB**

Rx#

GENERIC NAME: Amlodipine (am LOE di peen)

**COMMON USES:** It is used to treat high blood pressure. It is used to treat chest pain or pressure. Do not use this drug to treat sudden chest pain. It will not help. Talk with your doctor. It may be given to you for other reasons. Talk with the doctor.

**BEFORE USING THIS MEDICINE: WHAT DO I NEED TO TELL MY DOCTOR BEFORE I TAKE THIS DRUG? TELL YOUR DOCTOR:** If you have an allergy to amlodipine or any other part of this drug. **TELL YOUR DOCTOR:** If you are allergic to any drugs like this one, any other drugs, foods, or other substances. Tell your doctor about the allergy and what signs you had, like rash; hives; itching; shortness of breath; wheezing; cough; swelling of face, lips, tongue, or throat; or any other signs. This drug may interact with other drugs or health problems. Tell your doctor and pharmacist about all of your drugs (prescription or OTC, natural products, vitamins) and health problems. You must check to make sure that it is safe for you to take this drug with all of your drugs and health problems. Do not start, stop, or change the dose of any drug without checking with your doctor.

**HOW TO USE THIS MEDICINE: HOW IS THIS DRUG BEST TAKEN?** Use this drug as ordered by your doctor. Read all information given to you. Follow all instructions closely. Take this drug at the same time of day. Take with or without food. To gain the most benefit, do not miss doses. Keep taking this drug as you have been told by your doctor or other health care provider, even if you feel well. **HOW DO I STORE AND/OR THROW OUT THIS DRUG?** Store at room temperature. Protect from light. Store in a dry place. Do not store in a bathroom. Keep all drugs in a safe place. Keep all drugs out of the reach of children and pets. Check with your pharmacist about how to throw out unused drugs. **WHAT DO I DO IF I MISS A DOSE?** Take a missed dose as soon as you think about it. If it has been 12 hours or more since the missed dose, skip the missed dose and go back to your normal time. Do not take 2 doses at the same time or extra doses. *? wasn't possible. I am*

*In Jail under the Care of Dr. Fatoki & Nurse Meagan Trone*

**CAUTIONS:** Tell all of your health care providers that you take this drug. This includes your doctors, nurses, pharmacists, and dentists. Avoid driving and doing other tasks or actions that call for you to be alert until you see how this drug affects you. To lower the chance of feeling dizzy or passing out, rise slowly over a few minutes when sitting or lying down. Be careful climbing stairs. Have your blood pressure checked often. Talk with your doctor. It is rare, but worse chest pain and heart attack can happen after this drug is first started or after the dose is raised. The risk may be greater in people who have very bad heart blood vessel disease. Talk with the doctor. If you are taking this drug and have high blood pressure, talk with your doctor before using OTC products that may raise blood pressure. These include cough or cold drugs, diet pills, stimulants, ibuprofen or like products, and some natural products or aids. Talk with your doctor before you drink alcohol. This drug may affect how much of some other drugs are in your body. If you are taking other drugs, talk with your doctor. You may need to have your blood work checked more closely while taking this drug with your other drugs. Liver problems have happened with this drug. Sometimes, liver problems have needed to be treated in the hospital. Talk with the doctor. If you are 65 or older, use this drug with care. You could have more side effects. Tell your doctor if you are pregnant or plan on getting pregnant. You will need to talk about the benefits and risks of using this drug while you are pregnant. Tell your doctor if you are breast-feeding. You will need to talk about any risks to your baby.

*I was told Aug 24th by E.R. Dr. not to take this Medication.*

DIAMOND PHARMACY SERVICES - Report DBCips Patient Drug Education                    Page 2
07/27/2017                                                                          2:53:02 PM

**BOWLIN, JAMES**
**ILFA ·**                        AMLODIPINE BESYLATE 5MG TAB              Rx#

*Jail Meds*

POSSIBLE SIDE EFFECTS: WHAT ARE SOME SIDE EFFECTS THAT I NEED TO CALL MY DOCTOR ABOUT RIGHT
AWAY? WARNING/CAUTION: Even though it may be rare, some people may have very bad and sometimes deadly side
effects when taking a drug. Tell your doctor or get medical help right away if you have any of the following signs or symptoms
that may be related to a very bad side effect: Signs of an allergic reaction, like rash; hives; itching; red, swollen, blistered, or
peeling skin with or without fever; wheezing; tightness in the chest or throat; trouble breathing or talking; unusual hoarseness;
or swelling of the mouth, face, lips, tongue, or throat. Signs of liver problems like dark urine, feeling tired, not hungry, upset
stomach or stomach pain, light-colored stools, throwing up, or yellow skin or eyes. Very bad dizziness or passing out. Chest
pain that is new or worse. A fast heartbeat. A heartbeat that does not feel normal. Shortness of breath, a big weight gain, or
swelling in the arms or legs. Stiff muscles, shakiness, or muscle movements that are not normal. WHAT ARE SOME OTHER
SIDE EFFECTS OF THIS DRUG? All drugs may cause side effects. However, many people have no side effects or only have
minor side effects. Call your doctor or get medical help if any of these side effects or any other side effects bother you or do
not go away: Dizziness. Feeling sleepy. Feeling tired or weak. Flushing. Upset stomach. Belly pain. These are not all of the
side effects that may occur. If you have questions about side effects, call your doctor. Call your doctor for medical advice
about side effects. You may report side effects to the FDA at 1-800-FDA-1088. You may also report side effects at
http://www.fda.gov/medwatch.


OVERDOSE: If you think there has been an overdose, call your poison control center or get medical care right away. Be
ready to tell or show what was taken, how much, and when it happened.


ADDITIONAL INFORMATION: If your symptoms or health problems do not get better or if they become worse, call your
doctor. Do not share your drugs with others and do not take anyone else's drugs. Keep a list of all your drugs (prescription,
natural products, vitamins, OTC) with you. Give this list to your doctor. Talk with the doctor before starting any new drug,
including prescription or OTC, natural products, or vitamins. Some drugs may have another patient information leaflet. Check
with your pharmacist. If you have any questions about this drug, please talk with your doctor, nurse, pharmacist, or other
health care provider.


Database Edition 17.3 - Expires October 2017

Copyright 2017 CDI, LLC. All rights reserved.

James W. Baylin Jr
221 South 7th St
Vandalia IL.

MAIL CLEARED
US MARSHALS

All Correspondence is
From An Inmate Of The
Fayette County Jail
Vandalia, IL

RECEIVED

AUG 31 2017

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

CHAMPAIGN IL 618

28 AUG 2017 PM 1 T

Office of the Clerk
750 Missouri Ave
East St. Louis Illinois
62201