UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JAMES W. BOWLIN, JR.,

    Plaintiff,

  v.

MATT SHROYER, TYLOR BUTTS, ADEYEMI FATOKI and AKINRINOLA FATOKI,

    Defendants.

Case No. 17-cv-712-JPG-MAB

## **MEMORANDUM AND ORDER**

This matter comes before the Court on the notice of voluntary dismissal of the remaining claims in this case filed by plaintiff James W. Bowlin, Jr. (Doc. 65). The Court construes this filing as a stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) signed by all parties who have appeared in this case. Rule 41(a)(1)(A)(ii) allows dismissal by a plaintiff without a court order by filing such a stipulation. Therefore, the Court finds that the remaining claims in this action are **DISMISSED with prejudice** and **DIRECTS** the Clerk of Court enter judgment accordingly.

**IT IS SO ORDERED.**
**DATED: April 4, 2019**

                            s/ J. Phil Gilbert
                            **J. PHIL GILBERT**
                            **DISTRICT JUDGE**