UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JAMES W. BOWLIN, JR.,<br><br>    Plaintiff,<br><br>v.<br><br>FAYETTE COUNTY JAIL, DR. ELYEA, DR. FATOKI, MEAGAN TRONE, MATT SHROYER, TYLOR BUTTS, DEKOTA WHITE, ADEYEMI FATOKI and AKINRINOLA FATOKI,<br><br>    Defendants. | Case No. 17-cv-712-JPG-MAB |

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision as to some matters and the parties having stipulated to dismissal of others,

IT IS HEREBY ORDERED AND ADJUDGED that all of plaintiff James W. Bowlin, Jr.'s claims in this case against defendants Matt Shroyer, Tylor Butts, Adeyemi Fatoki, Akinrinola Fatoki, and Fayette County Jail are dismissed with prejudice and without costs; and

IT IS FURTHER ORDERED AND ADJUDGED that all of plaintiff James W. Bowlin, Jr.'s claims in this case against defendants Dr. Elyea, Dr. Fatoki, Maegan Trone, and Dekota White are dismissed without prejudice.

**DATED:** April 4, 2019

                                                **MARGARET M. ROBERTIE, Clerk of Court**

                                                **s/Tina Gray, Deputy Clerk**

**Approved:**   s/ J. Phil Gilbert
              **J. PHIL GILBERT**
              **DISTRICT JUDGE**